IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-MJ-1155

IN RE: SEIZURE WARRANT FOR :
:
FUNDS IN SELECT BANK AND TRUST :
ACCOUNT NUMBERED 1026509 UP TO :
$645,100 :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

Dated: May 15, 2015

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge